**STATE of Missouri, Respondent,**

v.

**Travis GARRETT, Appellant.**

**No. 50057.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 14, 1986.

Motion for Rehearing and/or Transfer
Denied Feb. 18, 1986.

Application to Transfer Denied
March 25, 1986.

Henry B. Robertson, Public Defender, St. Louis, for appellant.

John Munson Morris, Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Direct appeal from jury convictions for two counts of robbery, first degree, in violation of § 569.020, RSMo 1978.

Judgment affirmed. Rule 30.25(b).